Clerk of the __14__ Court of Appeals
Christopher A. Prine
Court of Appeals
301 Fannin St. (Rm. 208)
Houston, Tx. 77002

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

SEP 08 2015

CHRISTOPHER A. PRINE
CLERK

Case No. 1373462
Appeal Case No. 14-14-00178 CR

Dear Sir / Madam,

On August 28, 2015, my appeal attorney notified me that an Anders Brief was filed on my behalf as outlined in Anders v. California and further advised me of my right to file a pro se brief or response to the Anders Brief. By this letter, I am giving you notice that I wish to file a pro se brief or response.

I also request an extention of time in which to file my brief or response since I have not had access to my appellate record or to a law library. Enclosed please find my first Motion for extention of time. Please file and bring to the attention of the court.

Thank You for your consideration

Respectfully,

Tigushia Carroll #1911192
Terrace Unit
1401 State School Rd.
Gatesville, Texas 76599

Ti Carroll # 19111912
Terrace Unit
1401 State School Rd.
Gatesville, Tx. 76599

**MAIL RECEIVED**

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

SEP 0 8 2015

CHRISTOPHER A. PRINE
CLERK

AUSTIN TX 787
RIO GRANDE DISTRICT
03 SEP 2015 PM 4 L

7700220 6659

Christopher A. Prine
First Court of Appeals
301 Fannin St. (Rm. 208)
Houston, Texas 77002

